# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| J.P. Donmoyer, Inc., | Chapter 7 |
| **Debtor 1** | Case No. 1:19–bk–02066–HWV |

Social Security No.:

Employer's Tax I.D. No.:
          23–1596318

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

## IT IS ORDERED THAT:

**Leon P. Haller**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

By the Court,

*/s/ Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: October 3, 2023

**fnldec** (01/22)